AGNES S. MILLER, Appellant, *v.* HENRY W. SIMPSON, Respondent, Impleaded with Another.

*Miller* v. *Simpson*, 131 App. Div. 898, affirmed.
(Argued May 2, 1909; decided June 18, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 25, 1909, affirming a judgment of Special Term sustaining a demurrer to the complaint in an action to recover money alleged to have been improperly retained by defendants for services in connection with certain condemnation proceedings.

*Manfred W. Ehrich* and *Ernest E. Wheeler* for appellant.

*Henry W. Simpson*, respondent, in person.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BROOKLYN UNION GAS COMPANY, Respondent, *v.* CHARLES H. GAUS, as Comptroller of the State of New York, Appellant.

(Not reported below.)
(Argued June 2, 1909, decided June 18, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 14, 1909, which reversed a determination of the defendant in assessing a franchise tax against the relator and directed a reassessment thereof.

*Edward R. O'Malley*, Attorney-General (*Edward H. Letchworth* of counsel), for appellant.

*William N. Dykman* and *Vine H. Smith* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.